JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER FARMER,<br>individually and on behalf of all others similarly situated,<br>    Plaintiff,<br>  v.<br><br>BARKBOX INC.,<br>    Defendant. | Case No. 5:22-cv-01574-SSS (SHKx)<br><br>**ORDER GRANTING JOINT REQUEST FOR DISMISSAL WITH PREJUDICE**<br>**(Doc. 61)** |

On February 14, 2024, the parties filed a joint request for dismissal with prejudice for Plaintiff Farmer's claims and without prejudice as to the claims of absent class members.

The court, having considered the Joint Request for Dismissal and finding good cause, hereby GRANTS the Request and ORDERS as follows:

1. Plaintiff Amber Farmer's claims are dismissed with prejudice.
2. The claims of any absent class members are dismissed without prejudice.
3. Each party shall bear their own costs and fees.

IT IS SO ORDERED.

Dated: February 21, 2024

_____
SUNSHINE S. SYKES
United States District Judge